IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM EUGENE MARTIN,** | : Civil No. 3:22-cv-0854 |
| Petitioner, | : |
| | : (Judge Sylvia H. Rambo) |
| v. | : |
| **WARDEN HOUY,** | : |
| Respondent. | : |

# O R D E R

AND NOW, this 30th day of March, 2023, upon consideration of the magistrate judge's Report and Recommendation (Doc. 18), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), and agreeing that a sentencing claim such as the one presented by Petitioner is not the type of claim that a federal prisoner may bring by way of a § 2241 petition, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation is **ADOPTED**;

2) The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

3) The motion for a preliminary injunction/TRO (Doc. 10) is **DISMISSED AS MOOT**; and

4) The Clerk of Court is **DIRECTED** to close this case.

<u>s/Sylvia H. Rambo</u>  
United States District Judge